UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA, *ex rel.* TRADESMAN PROGRAM MANAGERS LLC.,

Plaintiff,

-v-

WILLIAM SCHWITZER & ASSOCIATES P.C. et al.,

Defendants.

25-CV-3446 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On July 14, 2026, Defendants filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure, ECF No. 13, and a motion for sanctions, ECF No. 14. Plaintiff filed an opposition to Defendants' motion to dismiss the next day. ECF No. 15. Defendants shall file any reply in support of their motion to dismiss by **July 24, 2026.**

Plaintiff shall file any opposition to the motion for sanctions by **July 28, 2026**. Defendants shall file any reply in support of their motion for sanctions by **August 4, 2026**.

Finally, it is further ORDERED that the initial pretrial conference previously scheduled for August 12, 2026, is adjourned *sine die*.

SO ORDERED.

Dated: July 15, 2026
New York, New York

JESSE M. FURMAN
United States District Judge